**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. A-26-CV-816** |
| | § | |
| **TWELVE ASSORTED FIREARMS, and 6,131 ROUNDS OF ASSORTED AMMUNITION, MORE OR LESS,** | § | |
| | § | |
| **Respondents.** | § | |

# VERIFIED COMPLAINT FOR FORFEITURE

Comes now Petitioner United States of America, by and through the United States Attorney for the Western District of Texas and the undersigned Assistant United States Attorney, pursuant to 28 U.S.C. Rule G, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Fed. R. Civ. P., and respectfully states as follows:

## I. JURISDICTION AND VENUE

The Court has original jurisdiction of all civil actions, suits or proceedings commenced by the United States under Title 28 U.S.C. § 1345 and over an action for forfeiture under Title 28 U.S.C. § 1355(a). This Court has *in rem* jurisdiction over the Twelve Assorted Firearms and 6,131 Rounds of Assorted Ammunition, more or less, hereinafter referred to as the “Respondent Property,” under Title 28 U.S.C. §§ 1355(b) and 1395(a). Venue is proper in this district pursuant to Title 28 U.S.C. § 1355(b)(1) because the acts or omissions giving rise to the forfeiture occurred in this district.

## II.
## THE RESPONDENT PROPERTY AND ITS LOCATION

The respondent property is comprised of Twelve Assorted Firearms and 6,131 Rounds of Assorted Ammunition, more or less, seized on or about October 8, 2025, by agents of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), namely:

a. IW US, Inc., Z-15 Rifle, 556 Caliber, SN: Z0008248;
b. Lewis Machine and Tool Co., Mars-H Receiver/Frame, Multi-Caliber, SN: LHS12728;
c. Glock Inc, 21 Pistol 45 Caliber, SN: SPL046;
d. 80 Percent Arms Inc., Unknown Receiver/Frame, Multi-Caliber, SN: None;
e. Unknown Manufacturer, Unknown Receiver/Frame, Multi-Caliber, SN: None;
f. Unknown Manufacturer, Unknown Receiver/Frame, Multi-Caliber, SN: None;
g. JL Billet, LLC., JL-AR Receiver/Frame, Multi-Caliber, SN: None:
h. JL Bittet, LLC., JL-AR Receiver/Frame, Multi-Caliber, SN: None;
i. Juggernaut Tactical, Inc., JT-45 Receiver/Frame, Multi-Caliber, SN: None;
j. Polymer80, Inc., (P80 Tactical P80) PF45 Receiver/Frame, Multi-Caliber, SN: None;
k. Polymer80, Inc., (P80 Tactical P80) PF940SC Receiver/Frame, Multi-Caliber, SN: None;
l. 80 Percent Arms Inc., GST-9 Receiver/Frame, Multi-Caliber, SN: None;
m. 6,131 Rounds Assorted Ammunition, Assorted Caliber;
n. Ammunition Components: 300 Assorted Primers and 700 Assorted Ammunition; and
o. Any and all firearms, ammunition, and/or accessories involved or used in the commission of the criminal offense(s).

The Respondent Property is currently in custody and management of the Bureau of Alcohol, Tobacco, Firearms and Explosives in the Western District of Texas.

## III.
## POTENTIAL CLAIMANTS TO THE RESPONDENT PROPERTY

This action *in rem* is filed in the United States District Court, pursuant to the provisions of Title 18 U.S.C. § 983(a)(3)(A), because a verified claim to the Respondent Property was submitted to the Bureau of Alcohol, Tobacco, Firearms and Explosives, on January 1, 2026, by the following individual:

Garrett Black
726 Independence Creek Lane
Georgetown, Texas 78639
*Claimant*

**IV.**
**CRIMINAL AND FORFEITURE STATUTES**

This is a civil forfeiture action *in rem* brought against the Respondent Property for violation of Title 18 U.S.C. § 922(g)(4) as they were possessed by a person who "has been adjudicated as a mental defective or who has been committed to a mental institution" and subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1).

**Title 18 § 922**

> **(g)(4)** It shall be unlawful for any person who has been adjudicated as a mental defective or who has been committed to a mental institution . . . [to] possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

**Title 18 § 924**

> **(d)(1)** Any firearm or ammunition involved in or used in knowing violation . . . of section 924, 932, or 933, or willful violation of any other provision of this chapter or any rule or regulation promulgated thereunder, or any violation of any other criminal law of the United States . . . be subject to seizure and forfeiture . . . under the provisions of this chapter . . . .

**V.**
**FACTS AND BASIS FOR FORFEITURE**

1. The Respondent Property is subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(4). Garret Black possessed the Respondent Property after being "adjudicated as a mental defective": therefore, he is prohibited from possessing or receiving firearms or ammunition.

2. ATF received two reports that include information showing Black was previously adjudicated as a mental defective or who has been committed to a mental institution, once on or

about May 15, 2017[1] and once on or about March 2, 2021.[2]

3. Black has attempted at least twice to purchase a firearm from a federal firearm licensed business; first on March 19, 2020, from Triple J Firearms in Magnolia, Texas and a second on March 27, 2020, at Mazzy Gray Firearms in Conroe, Texas. Both attempts were denied due to Black's mental health record.

4. ATF has previously interviewed Black and several family members about his mental health record and his prohibition from possessing or receiving firearms or ammunition.

5. ATF served a Notice of Prohibited Firearm Transaction warning to Black on June 2, 2020. Black refused to sign the warning notice.

6. After ATF issued the warning, on or about October 15, 2021, it received information from a family member that Black was unlawfully in possession of firearms. ATF contacted Black and conducted a search of his residence. During the search, ATF located and seized firearm parts, accessories, and ammunition.[3] Black was still prohibited from possessing firearms and/or ammunition.

7. On April 24, 2017, a Harris County judge issued a judgment in Texas Probate Court, Cause No. 239380, stating that "Because of the findings stated immediately above, it is ORDERED, ADJUDGED and DECREED that Patient [Black] is hereby committed for Court-Ordered Temporary Mental Health Services to Houston Behavioral Healthcare Hosp as an In-Patient for a period of time not more than ninety (90) days."

---

1 TX92357Z, Reference Cause Number: 239380.
2 TX031013J, reference Cause Number: 2020-CML-00274.
3 The ammunition was forfeited in the civil forfeiture action, *United States v. 1,983 Rounds Assorted Ammunition*, 4:22-CV-954 (S.D. Tex. Dec. 20, 2024).

8. On October 7, 2025, ATF spoke with Black's father about Black's recent attempt to purchase a firearm.

9. During the interview, Black's father provided the following information:

a. Black tried to buy a gun, but was denied, and that he wanted to "test the waters";

b. Black has a storage unit nearby; and

c. Black has possession of firearms.

10. ATF next interviewed Black, who provided the following information:

a. He recalled attempting to purchase the firearm, which resulted in a denial;

b. He wanted to get a background check done for the Glock to see if he could pass the background check;

c. He previously owned a rifle and a pistol; and

d. He has been trying to petition the court for several years regarding his two prior commitments to a mental hospital and he wanted to see if he could have his firearm rights restored.

11. ATF told Black that a routine background identified him as previously being adjudicated mental defective or committed to a mental institution.

12. ATF reminded Black that this is the third time he has been contacted regarding this same issue and that it illegal for Black to own firearms; to which he responded, "No, it's not."

13. ATF explained that he was previously entered into the NICS Index as an adjudicated mental defective or committed to mental institution on May 15, 2017, and March 2, 2021.

14. Black admitted to being hospitalized, but claimed the government cannot prove it is him because they do not have his fingerprints.

15. Black acknowledged it is a felony to provide false information on 4473 Form.

16. Black admitted to having possession of multiple firearms, 80% lower receivers, Forced Reset Triggers (FRT's), and ammunition, and told ATF he kept firearms and ammunition in his storage unit.

17. ATF met with Black and his father at Excalibur Self Storage, 3359 SH 29, Burnet, Texas, to take inventory of Black's firearms and ammunition, the Responded Property. During the inventory, ATF also discovered a machinegun conversion device (MCD), colloquially known as a "Glock Switch," and an unfinished solvent trap style silencer.[4]

18. ATF seized the following items, the Respondent Property, from Black's storage unit:

- a machinegun conversion device (MCD), colloquially known as a "Glock Switch,"
- and an unfinished solvent trap style silencer, surrendered by BLACK;
- ATF Item 1 - Firearm; Manufacturer: IWI US, INC.; Model: Z-15; Caliber: 556; Type: Rifle; S/N: Z0008248;
- ATF Item 2 - Firearm; Manufacturer: LEWIS MACHINE AND TOOL CO.; Model: MARS-H; Caliber: MULTI; Type: RECEIVER/FRAME; S/N: LHS12728;
- ATF Item 3 - Firearm; Manufacturer: GLOCK INC.; Model: 21; Caliber: 45; Type: PISTOL; S/N: SPL046;
- ATF Item 4 - Firearm; Manufacturer: Survivalops; Model: Select Fire "Kit"; Type: MACHINEGUN CONVERSION DEVICE (NFA); Pistol Slide Conversion Device; S/N: None;
- ATF Item 5 - Firearm; Manufacturer: Unknown Manufacturer; Model: Unknown; Caliber: UNKNOWN; Type: SILENCER (NFA); S/N: None;
- ATF Item 6 - Firearm; Manufacturer: 80 PERCENT ARMS INC.; Model: UNKNOWN; Caliber: MULTI; Type: RECEIVER/FRAME; S/N: None;
- ATF Item 7 - Firearm; Manufacturer: Unknown Manufacturer; Model: UNKNOWN; Caliber: MULTI; Type: RECEIVER/FRAME; S/N: None;
- ATF Item 8 - Firearm; Manufacturer: Unknown Manufacturer; Model: UNKNOWN; Caliber: MULTI; Type: RECEIVER/FRAME; S/N: None;
- ATF Item 9 - Firearm; Manufacturer: JL BILLET, LLC; Model: JL-AR; Caliber: MULTI; Type: RECEIVER/FRAME; S/N: None;
- ATF Item 10 - Firearm; Manufacturer: JL BILLET, LLC; Model: JL-AR; Caliber: MULTI; Type: RECEIVER/FRAME; S/N: None;
- ATF Item 11 - Firearm; Manufacturer: JUGGERNAUT TACTICAL, INC.; Model: JT-45; Caliber: MULTI; Type: RECEIVER/FRAME; S/N: None;

4 ATF is administratively forfeiting these two items.

- ATF Item 12 - Firearm; Manufacturer: POLYMER80, INC. (P80 TACTICAL P80); Model: PF45; Caliber: MULTI; Type: RECEIVER/FRAME; S/N: None;
- ATF Item 13 - Firearm; Manufacturer: POLYMER80, INC. (P80 TACTICAL P80); Model: PF940SC; Caliber: MULTI; Type: RECEIVER/FRAME; S/N: None;
- ATF Item 14 - Firearm; Manufacturer: 80 PERCENT ARMS INC.; Model: GST-9; Caliber: MULTI; Type: RECEIVER/FRAME; S/N: None;
- ATF Item 15 - Ammunition; Qty: 6131 Rounds; Manufacturer: ASSORTED; Caliber: Assorted;
- ATF Item 16 - Ammunition Components: Other; Qty: 1000 EA; 300 Assorted Primers and 700 Assorted Bullets;
- ATF Item 17 - Firearm Parts & Accessories: Other; Qty: 4 EA; Four (4) Misc Firearm Parts;
- Accessories, including two (2) 80% Pistol Frames (1-Black & 1-Raw Aluminum), one (1) 80 Percent Arms Easy Jig, and one (1) Magpul D-60 60-round drum magazine; and
- ATF Item 18 - Document; Qty: 10 EA; Ten (10) Misc Documents, including eight (8) receipts from Academy Sports + Outdoors for the purchase of assorted ammunition, and two (2) Bills of Sale for Firearms (IWI Rifle and Glock Pistol).

19. Black filed a claim for the Respondent Property, in which he admits to being hospitalized nine times for mental health issues.

20. Additionally, he admits to refusing to take medication for schizophrenia.

21. Black also filed a Petition for Remission/Mitigation form.

22. For each of the Respondent Property, Black violated 18 U.S.C. § 922(g)(4) when he possessed the Respondent Property after being adjudicated as a mental defective or been committed to a mental institution. Therefore, the Respondent Property is subject to forfeiture by 18 U.S.C. § 924(d)(1).

23. On March 12, 2026, Black provided ATF with a document his mom made of his medical history detailing his prior hospitalizations. That same day, Black texted ATF that he has been to mental hospitals approximately nine times.

## VI.

## RELIEF SOUGHT

Therefore, the United States requests the following:

A. That the Clerk of Court issue a warrant for the arrest of the Respondent Property, pursuant to Rule G(3)(b)(i) of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Action;

B. That the Bureau of Alcohol, Tobacco, Firearms and Explosives arrest the Respondent Property, pursuant to the warrant, as provided by Rule G(3)(c) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

C. That the United States publish notice of the complaint for forfeiture on the website www.forfeiture.gov for at least 30 consecutive days, in accordance with Rule G(4)(a)(iv)(c) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

D. That the Bureau of Alcohol, Tobacco, Firearms and Explosives, serve notice, pursuant to Rule G(4)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, on any person reasonably appearing to be a known potential claimant, advising the person of the date of notice; of the deadline for filing a claim; that an answer or motion under rule 1 2(b) must be filed no later than 21 days after the filing of the claim; and of the name of the Assistant United States Attorney to be served with the claim and answer;

E. That the court, after all proceedings are had on this complaint forfeiture, declare the Respondent Property forfeited to the United States according to law;

F. That the court appropriately tax all costs and expenses incurred by the United States in obtaining the forfeiture of the Respondent Property against any person or entities who filed a verified claim and answer in this case; and

That the court grant the United States any further relief, at law or in equity, to which it may show itself justly entitled.

Respectfully submitted,

JUSTIN R. SIMMONS
United States Attorney

By: _/S/______________________________

MARK TINDALL
Assistant United States Attorney
Texas Bar #24071364
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
Tel: (512) 916-5858
Fax: (512) 916-5854
Email: mark.tindall@usdoj.gov

Attorneys for the United States of America