**VERIFICATION**

Special Agent Leigh Cochran, declares and says that:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, assigned to the Austin Field Office, and am the investigator responsible for the accuracy of the information provided in this litigation;

2. I have read the above Verified Complaint for Forfeiture and know the contents thereof; that the information contained in the Verified Complaint for Forfeiture has been furnished by official government sources; and based on information and belief; the allegations contained in the Verified Complaint for Forfeiture are true.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this the 1st day of April 2026.

Leigh Cochran
Leigh Cochran, Special Agent
Bureau of Alcohol, Tobacco, Firearms
and Explosives
Austin Division Office