**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. A-26-CV-816** |
| | § | |
| **TWELVE ASSORTED FIREARMS, and 6,131 ROUNDS OF ASSORTED AMMUNITION, MORE OR LESS,** | § § § | |
| | § | |
| **Respondents.** | § | |

**NOTICE OF COMPLAINT FOR FORFEITURE**

On April 1, 2026, a Verified Complaint for Forfeiture *in rem* was filed in this Court by the United States Attorney for the Western District of Texas, against the below-described property for violation of Title 18 U.S.C. § 922(g)(4), and subject to forfeiture to the United States pursuant to Title 18 U.S.C. § 924(d)(1), namely:

- Twelve Assorted Firearms, and 6,131 Rounds Assorted Ammunition:
  a. IW US, Inc., Z-15 Rifle, 556 Caliber, SN: Z0008248;
  b. Lewis Machine and Tool Co., Mars-H Receiver/Frame, Multi-Caliber, SN: LHS12728;
  c. Glock Inc, 21 Pistol 45 Caliber, SN: SPL046;
  d. 80 Percent Arms Inc., Unknown Receiver/Frame, Multi-Caliber, SN: None;
  e. Unknown Manufacturer, Unknown Receiver/Frame, Multi-Caliber, SN: None;
  f. Unknown Manufacturer, Unknown Receiver/Frame, Multi-Caliber, SN: None;
  g. JL Billet, LLC., JL-AR Receiver/Frame, Multi-Caliber, SN: None:
  h. JL Bittet, LLC., JL-AR Receiver/Frame, Multi-Caliber, SN: None;
  i. Juggernaut Tactical, Inc., JT-45 Receiver/Frame, Multi-Caliber, SN: None;
  j. Polymer80, Inc., (P80 Tactical P80) PF45 Receiver/Frame, Multi-Caliber, SN: None;
  k. Polymer80, Inc., (P80 Tactical P80) PF940SC Receiver/Frame, Multi-Caliber, SN: None;
  l. 80 Percent Arms Inc., GST-9 Receiver/Frame, Multi-Caliber, SN: None;
  m. 6,131 Rounds Assorted Ammunition, Assorted Caliber;
  n. Ammunition Components: 300 Assorted Primers and 700 Assorted Ammuntion; and
  o. Any and all firearms, ammunition, and/or accessories involved or used in the commission of the criminal offense(s),

hereinafter referred to as the Respondent Property.

Pursuant to Supplemental Rule G(4)(b) notice to any person who reasonably appears to be a potential claimant shall be by direct notice. Accompanying this notice is the Verified Complaint for Forfeiture which has been filed in this cause, and which describes the Respondent Property. Pursuant to Supplemental Rule G(4)(b), any person claiming an interest in the Respondent Property who has received direct notice of this forfeiture action must file a Claim, in compliance with Rule G(5)(a), with the court within **thirty-five (35) days after the notice was sent, if delivered by mail (if mailed, the date sent is provided below), or within 35 days of the date of delivery, if notice was personally served**.

An Answer or motion under Rule 12 of the Federal Rules of Civil Procedure must then be filed within **twenty-one (21)** days of the Claim being filed.

The Claim and Answer must be filed with the Clerk of the U.S. District Court, 200 E. Wall Steet, Midland, Texas 79701, and copies of each shall be served upon Assistant United States Attorney Mark Tindall, United States Attorney's Office, 903 San Jacinto Blvd., Suite 334, Austin, Texas 78701, or default and forfeiture will be ordered. *See* Title 18 U.S.C. § 983(A)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

Failure to follow the requirements set forth above will result in a judgment by default taken against you for the relief demanded in the complaint.

Respectfully submitted,

JUSTIN R. SIMMONS
United States Attorney

By: /S/________________________________

MARK TINDALL
Assistant United States Attorney
Texas Bar #24071364
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
Tel: (512) 916-5858
Fax: (512) 916-5854
Email: mark.tindall@usdoj.gov
Attorneys for the United States of America

**APPENDIX A**