**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. A-26-CV-816** |
| | § | |
| **TWELVE ASSORTED FIREARMS, and 6,131 ROUNDS OF ASSORTED AMMUNITION, MORE OR LESS,** | § | |
| | § | |
| **Respondents.** | § | |

**WARRANT FOR THE ARREST OF PROPERTY**

TO ANY AGENT OF THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, OR OTHER AUTHORIZED LAW ENFORCEMENT OFFICER OR ANY OTHER PERSON OR ORGANIZATION AUTHORIZED BY LAW TO ENFORCE THE WARRANT:

WHEREAS a Verified Complaint for Forfeiture *in rem* was filed on April 1, 2026, against the following property:

- Twelve Assorted Firearms, and 6,131 Rounds Assorted Ammunition:
  a. IW US, Inc., Z-15 Rifle, 556 Caliber, SN: Z0008248;
  b. Lewis Machine and Tool Co., Mars-H Receiver/Frame, Multi-Caliber, SN: LHS12728;
  c. Glock Inc, 21 Pistol 45 Caliber, SN: SPL046;
  d. 80 Percent Arms Inc., Unknown Receiver/Frame, Multi-Caliber, SN: None;
  e. Unknown Manufacturer, Unknown Receiver/Frame, Multi-Caliber, SN: None;
  f. Unknown Manufacturer, Unknown Receiver/Frame, Multi-Caliber, SN: None;
  g. JL Billet, LLC., JL-AR Receiver/Frame, Multi-Caliber, SN: None:
  h. JL Bittet, LLC., JL-AR Receiver/Frame, Multi-Caliber, SN: None;
  i. Juggernaut Tactical, Inc., JT-45 Receiver/Frame, Multi-Caliber, SN: None;
  j. Polymer80, Inc., (P80 Tactical P80) PF45 Receiver/Frame, Multi-Caliber, SN: None;
  k. Polymer80, Inc., (P80 Tactical P80) PF940SC Receiver/Frame, Multi-Caliber, SN: None;
  l. 80 Percent Arms Inc., GST-9 Receiver/Frame, Multi-Caliber, SN: None;
  m. 6,131 Rounds Assorted Ammunition, Assorted Caliber;
  n. Ammunition Components: 300 Assorted Primers and 700 Assorted Ammunition; and

o. Any and all firearms, ammunition, and/or accessories involved or used in the commission of the criminal offense(s).

hereinafter referred to as the Respondent Property, alleging that the Respondent Property is subject to forfeiture to the United States pursuant to Title 18 U.S.C. 924(d)(1) for violation of Title 18 U.S.C. § 924(g)(4), and

WHEREAS an Order has been entered by the United States District Court for the Western District of Texas that a Warrant for Arrest of Property be issued as prayed for by Petitioner United States.

YOU ARE THEREFORE COMMANDED to arrest the Respondent Property as soon as practicable by serving a copy of this warrant on the custodian in whose possession, custody or control the Respondent Property is presently found, and to use whatever means may be appropriate in protection and maintain the Respondent Property in your custody until further order of this court, including designating a substitute custodian or representative for the purposes of maintaining the care and custody of the Respondent Property and to make a return as provided by law.

SIGNED this ____ day of April 2026.

PHILIP J. DEVLIN

United States District Clerk
Western District of Texas

By: ________________________________
Deputy