**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. A-26-CV-816** |
| | § | |
| **TWELVE ASSORTED FIREARMS, and 6,131 ROUNDS OF ASSORTED AMMUNITION, MORE OR LESS,** | § | |
| | § | |
| | § | |
| | § | |
| **Respondents.** | § | |

**ORDER FOR WARRANT FOR THE ARREST OF PROPERTY AND FOR NOTICE**

WHEREAS a Verified Complaint for Forfeiture *in rem* was filed on April 1, 2026, against the following property:

- Twelve Assorted Firearms, and 6,131 Rounds Assorted Ammunition:
  a. IW US, Inc., Z-15 Rifle, 556 Caliber, SN: Z0008248;
  b. Lewis Machine and Tool Co., Mars-H Receiver/Frame, Multi-Caliber, SN: LHS12728;
  c. Glock Inc, 21 Pistol 45 Caliber, SN: SPL046;
  d. 80 Percent Arms Inc., Unknown Receiver/Frame, Multi-Caliber, SN: None;
  e. Unknown Manufacturer, Unknown Receiver/Frame, Multi-Caliber, SN: None;
  f. Unknown Manufacturer, Unknown Receiver/Frame, Multi-Caliber, SN: None;
  g. JL Billet, LLC., JL-AR Receiver/Frame, Multi-Caliber, SN: None:
  h. JL Bittet, LLC., JL-AR Receiver/Frame, Multi-Caliber, SN: None;
  i. Juggernaut Tactical, Inc., JT-45 Receiver/Frame, Multi-Caliber, SN: None;
  j. Polymer80, Inc., (P80 Tactical P80) PF45 Receiver/Frame, Multi-Caliber, SN: None;
  k. Polymer80, Inc., (P80 Tactical P80) PF940SC Receiver/Frame, Multi-Caliber, SN: None;
  l. 80 Percent Arms Inc., GST-9 Receiver/Frame, Multi-Caliber, SN: None;
  m. 6,131 Rounds Assorted Ammunition, Assorted Caliber;
  n. Ammunition Components: 300 Assorted Primers and 700 Assorted Ammunition; and
  o. Any and all firearms, ammunition, and/or accessories involved or used in the commission of the criminal offense(s),

hereinafter referred to as the Respondent Property, alleging that the Respondent Property is subject

to forfeiture to the United States pursuant to Title 18 U.S.C. § 924(d)(1) for violation of Title 18 U.S.C. § 924(g)(4); IT IS THEREFORE

ORDERED that a Warrant for Arrest of Respondent Property issue as prayed for, and that the Bureau of Alcohol, Tobacco, Firearms and Explosives for the Western District of Texas, or any other law enforcement officer, or any other person or organization authorized by law to enforce the warrant, be commanded to arrest the Respondent Property and take it into possession for safe custody as provided by Title 28 U.S.C. Rule G, Supplemental Rules of Civil Procedures until further order of the Court, and to use whatever means may be appropriate to protect and maintain the Respondent Property while in custody, including designating a substitute custodian or representative for the purposes of maintain the care and custody of the Respondent Property and to make a return as provided by law.

SIGNED this ____ day of April 2026.

______________________________
UNITED STATES DISTRICT JUDGE